IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:19-cr-178-HEH |
| | ) | |
| v. | ) | |
| | ) | |
| STUART JAY ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## GOVERNMENT'S POSITION ON SENTENCING FACTORS

The United States of America, by the undersigned counsel, states that it has no objections to the factual content of the Presentence Investigation Report (PSR) (ECF No. 30) or its calculated total offense level of 26, applicable criminal history category of I, and resultant advisory guideline range of 63-78 months' imprisonment. *See* PSR ¶¶ 74 & 75.

Respectfully submitted,

G. ZACHARY TERWILLIGER  
UNITED STATES ATTORNEY

DANIEL KAHN  
ACTING CHIEF, FRAUD SECTION  
U.S. DEPARTMENT OF JUSTICE

By:     /s/  
Michael C. Moore  
Assistant United States Attorney  
Virginia State Bar No. 34229  
919 East Main Street, Suite 1900  
Richmond, VA 23219  
Phone: (804) 819-5400  
Fax: (804) 771-2316  
Mike.C.Moore@usdoj.gov

    /s/  
Vasanth Sridharan  
Trial Attorney  
U.S. Department of Justice  
Fraud Section  
400 New York Ave. NW  
Washington, DC 20530  
Phone 202-216-8479  
Vasanth.Sridharan@usdoj.gov